**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Mahmood H. Shaikh,** | ) | |
| **And All Others Similarly Situated** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action** |
| | ) | **File No. 4:09-cv-00890** |
| **Foxx Video, Inc. d/b/a Foxx Video;** | ) | |
| **Continental Beverages, Inc.; Airport** | ) | |
| **Enterprises, Inc.; N Y Traders, Inc.; Video** | ) | |
| **Lines, Inc.; TE Video, Inc.; Dala Marketing,** | ) | **JURY DEMANDED** |
| **Inc.; More Realty, Inc.; South Kirkwood** | ) | |
| **Realty, Inc.; Jones Road Plaza, LP; Jones** | ) | |
| **Road Realty, Inc.; Pentix GP, Inc.; SK** | ) | |
| **Auto's, Inc.; South Kirkwood Ventures, L.P.;** | ) | |
| **South Kirkwood Ventures, Inc.; Haroon** | ) | |
| **Rasheed Shaikh, CPA; and, Mehmood** | ) | |
| **Rasheed** | ) | |
| **Defendants.** | ) | |
| | ) | |

---

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

---

Plaintiff discloses the following persons or entities having a financial interest in the outcome of this litigation:

**Plaintiffs:**
1. Mahmood H. Shaikh;
2. All others similarly situated to Plaintiffs;

**Counsel for Plaintiffs:**
3. Ali S. Ahmed, P.C.;
4. Salar Ali Ahmed, attorney at law;

**Defendants:**
5. Foxx Video, Inc. d/b/a Foxx Video;
6. Continental Beverages, Inc.;
7. Airport Enterprises, Inc.;
8. N Y Traders, Inc.;
9. Video Lines, Inc.;

10. TE Video, Inc.;
11. Dala Marketing, Inc.;
12. More Realty, Inc.;
13. South Kirkwood Realty, Inc.;
14. Jones Road Plaza, LP;
15. Jones Road Realty, Inc.;
16. Pentix GP, Inc.;
17. SK Auto's, Inc.;
18. South Kirkwood Ventures, L.P.;
19. South Kirkwood Ventures, Inc.;
20. Haroon Rasheed Shaikh, CPA; and,
21. Mehmood Rasheed.

Respectfully submitted,

**ALI  S. AHMED, P.C.**

By:     /s/ Salar Ali Ahmed
        **Salar Ali Ahmed**
        Federal Id. No. 32323
        State Bar No. 24000342
        Travis Tower
        1301 Travis Street, Suite 1200
        Houston, Texas 77002
        Telephone:     (713) 223-1300
        Facsimile:      (713) 547-8910

        **ATTORNEY FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to the following parties on the date of service of process, in the below prescribed manner:

*(Via Private Service Processor – Lone Star Attorney Service)*
Foxx Video, Inc. d/b/a Foxx Video
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Dala Marketing, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Continental Beverages, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
More Realty, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Airport Enterprises, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
South Kirkwood Realty, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
N Y Traders, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Jones Road Plaza, LP
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Video Lines, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Jones Road Realty, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
TE Video, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Pentix GP, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
SK Auto's, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
South Kirkwood Ventures, L.P.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
South Kirkwood Ventures, Inc.
c/o Mr. Haroon Rasheed Shaikh
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Haroon Rasheed Shaikh, CPA
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

*(Via Private Service Processor – Lone Star Attorney Service)*
Mehmood Rasheed
9494 Southwest Freeway, Suite 500
Houston, Texas 77074

/s/ Salar Ali Ahmed
**Salar Ali Ahmed**