IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD H. SHAIKH AND ALL OTHERS SIMILARLY SITUATED<br>    Plaintiffs | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:09-cv-00890 |
| FOXX VIDEO, INC., d/b/a FOXX VIDEO; CONTINENTAL BEVERAGES, INC.; AIRPORT ENTERPRISES, INC.; N Y TRADERS, INC.; VIDEO LINES, INC.; TE VIDEO, INC.; DALA MARKETING, INC.; MORE REALTY, INC; SOUTH KIRKWOOD REALTY, INC; JONES ROAD PLAZA, LP; JONES ROAD REALTY, INC.; PENTIX GP, INC; SK AUTOS, INC; SOUTH KIRKWOOD VENTURES, L.P.; SOUTH KIRKWOOD VENTURES, INC.; HAROON RASHEED SHAIKH, CPA; and MEHMOUD RASHEED<br>    Defendants | § § § § § § § § § § § § § § § § § | JURY DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Order of this Court, Defendants in the above-referenced matter submit their list of interested persons as follows:

**Plaintiff and Counsel:**

Mahmoud H. Shaikh, Plaintiff

Ali S. Ahmed, P.C.

Salar Ali Ahmed, Plaintiff's counsel

**Defendants:**

Foxx Video, Inc.

Continental Beverages, Inc.

Airport Enterprises, Inc.

NY Traders, Inc.

Video Lines, Inc.

TE Video, Inc.

DALA Marketing, Inc.

More Realty, Inc.

South Kirkwood Realty, Inc.

Jones Road Plaza, LP

Jones Road Realty, Inc.

Pentix GP, Inc.

SK Autos, Inc.

South Kirkwood Ventures, LP

Haroon Rasheed Shaikh

Mehmoud Rasheed

                                          Respectfully Submitted,

                                          Josef F. Buenker
                                          TBA No. 03316860
                                          1201 Prince Street
                                          Houston, Texas 77008
                                          713-868-3388 Telephone
                                          713-683-9940 Facsimile
                                          ATTORNEY-IN-CHARGE FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2009, I electronically filed a copy of the foregoing Certificate of Interested Parties and served it by electronic transmission on Plaintiff's counsel, Mr. Salar Ali Ahmed, 7322 Southwest Freeway, Suite 1920, Houston, Texas 77074, through the Court's CM/ECF system.

                                          Josef F. Buenker